UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

```
IN RE:                                    CASE NO. 04 B 45301
   CHRIS BERNAL
                                          CHAPTER 13

                                          JUDGE: BRUCE W BLACK
         Debtor
   SSN XXX-XX-3598
```

---
                    TRUSTEE'S FINAL REPORT AND ACCOUNT
---

   Glenn Stearns, Chapter 13 Standing Trustee, submits the following
Final Report and Account of the administration of the estate pursuant to
11 USC 1302(b)(1).

   1.  The case was filed on 12/09/04 and confirmed on 04/01/05.

   2.  The plan is paid in full.

   3.  The Debtor paid a total of $  33531.83 .

   4.  The Trustee made disbursements to creditors as follows:

---

| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
|---|---|---|---|---|
| ABN AMRO MORTGAGE | CURRENT MORTG | .00 | .00 | .00 |
| ABN AMRO MORTGAGE | MORTGAGE ARRE | 20176.34 | 761.18 | 20176.34 |
| INTERNAL REVENUE SERVICE | PRIORITY | .00 | .00 | .00 |
| CHASE MANHATTAN BANK USA | UNSECURED | NOT FILED | .00 | .00 |
| ECAST SETTLEMENT CORPORA | UNSECURED | 619.53 | 25.03 | 619.53 |
| DISH NETWORK | UNSECURED | NOT FILED | .00 | .00 |
| FIRST NORTH AMERICAN NAT | UNSECURED | NOT FILED | .00 | .00 |
| FIA CARD SERVICES | UNSECURED | 706.22 | 28.67 | 706.22 |
| ENCORE RECEIVABLE MGMT | UNSECURED | NOT FILED | .00 | .00 |
| LOU HARRIS | UNSECURED | NOT FILED | .00 | .00 |
| ECAST SETTLEMENT CORPORA | UNSECURED | 460.01 | 18.71 | 460.01 |
| MARSHALL FIELD | UNSECURED | 713.77 | 28.92 | 713.77 |
| WASHINGTON MUTUAL CARD S | UNSECURED | NOT FILED | .00 | .00 |
| INTERNAL REVENUE SERVICE | UNSECURED | 926.36 | 86.02 | 926.36 |

         Summary of disbursements:
---

|  | SECURED | PRIORITY | UNSECURED | OTHER | TOTAL |
|---|---|---|---|---|---|
| TOTAL CLMS ALLOWED | 20176.34 | .00 | 3425.89 | .00 | 23602.23 |
| PRINCIPAL PAID | 20176.34 | .00 | 3425.89 | .00 | 23602.23 |
| INTEREST PAID | 761.18 | .00 | 187.35 | .00 | 948.53 |
| TOTAL PAID | 20937.52 | .00 | 3613.24 | .00 | 24550.76 |

The Debtor's attorney, PATRICK A MESZAROS            , was allowed $   2000.00
and was paid $    700.00  direct and $   1300.00  through the plan.

The Trustee received $     998.49 .

Refunds to the Debtor totaled $    6682.58 .

   Wherefore, the Trustee requests an order be entered discharging
the Trustee and the surety on his bond from any further liability

in this case.


Dated: 03/10/08                          /S/
                                    GLENN STEARNS
                                    CHAPTER 13 TRUSTEE












                                    PAGE   2
        CASE NO. 04 B 45301 CHRIS BERNAL